# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Norristown Academy Charter School    :
    :
    v.    :    No. 745 C.D. 2023
    :
Norristown Area School District,    :
    Appellant    :

**PER CURIAM**             **O R D E R**

NOW, January 2, 2024, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is DENIED.